# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:08-CR-383** |
| : | |
| v. : | **(Chief Judge Conner)** |
| : | |
| **TIMOTHY S. PATTERSON,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 30th day of December, 2019, upon consideration of the motion (Doc. 111) for a sentence reduction under Section 404 of the First Step Act of 2018, § 404, Pub. L. No. 115-391, 132 Stat. 5194, 5222, by defendant Timothy S. Patterson, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Patterson's motion (Doc. 111) is GRANTED to the extent that the court will reduce Patterson's sentence on Count 1 by 78 months.

2. The judgment (Doc. 77) in the above-captioned case is AMENDED to reflect that Patterson is committed to the custody of the United States Bureau of Prisons to be imprisoned for an aggregate term of 202 months, consisting of a term of 142 months on Count 1 and 120 months on Count 3, to run concurrently, and a consecutive term of 60 months on Count 2.

3. Except as provided in paragraph 2, the provisions of the judgment (Doc. 77) dated December 16, 2009, are unaltered.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania